AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

DEC 2 4 2003

Gerald Simonsen

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 01 C 3081

Board of Education of the City of Chicago, et al

☐ ~~Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.~~

☐ ~~Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.~~

IT IS HEREBY ORDERED AND ADJUDGED that Defendants' motion for judgment on the pleadings (115-1 & 117-1), filed pursuant to FRCP 12(c) is granted and this case is dismissed. There is no question that the Board, named as a party in both the state and federal cases, meets the final element of res judicata. Simonsen's claims against the Board, therefore, are precluded and are dismissed. Defendants in this case have a sufficiently close identity of interests with the Board, and under Illinois law a government body and its officers and agents are in privity, the remaining claims against the individual defendants are precluded and this suit may not proceed.

Michael W. Dobbins, Clerk of Court

Date: 12/23/2003

Gladys Lugo, Deputy Clerk

125