# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604



### JUDGMENT- WITHOUT ORAL ARGUMENT

Date: October 22, 2004

BEFORE:     Honorable WILLIAM J. BAUER, Circuit Judge   **FILED**

Honorable FRANK H. EASTERBROOK, Circuit Judge   NOV 2 9 2004

Honorable ILANA DIAMOND ROVNER, Circuit Judge
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

No. 04-1280

GERALD SIMONSEN, ILSE SIMONSEN,
PAULETTE SIMONSEN, et al.,
    Plaintiffs - Appellants

 v.

CHICAGO BOARD OF EDUCATION, MARILYN JOHNSON,
CAROL GEARRING, et al.,
    Defendants - Appellees

**DOCKETED**

NOV 3 0 2004

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division
No. 01 C 3081, Marvin E. Aspen, Judge

   The judgment of the District Court is AFFIRMED, with costs,
in accordance with the decision of this court entered on this date.

(1060-110393)

A True Copy
Teste:

Clerk of the United States
Court of Appeals for the
Seventh Circuit.

139